IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and on Behalf of All Others Similarly Situated | : : : : : | CIVIL ACTION |
| v. | : | No. 09-2642 |
| KENEXA CORPORATION, et al. | : : | |

## **ORDER**

AND NOW, this 9th day of September, 2009, having considered the Building Trades United Pension Trust Fund's Motion for Consolidation and Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion (Document #10) is GRANTED in part and DENIED in part.

2. The Motion (Document #10) is GRANTED insofar as it relates to the appointment of Lead Plaintiffs and Selection of Lead Counsel;

3. The Motion (Document #10) is DENIED as moot insofar as it relates to consolidation of cases;

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Building Trades United Pension Trust Fund is appointed Lead Plaintiff for the class; and

5. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel and Law Offices Bernard M. Gross, P.C. as liaison counsel is approved.

6. This Order is without prejudice to Defendants' right, as Defendants expressly

reserved at the September 9, 2009 hearing, to challenge the Lead Plaintiff's satisfaction of Federal Rule of Civil Procedure 23 requirements at the appropriate stage of this litigation.

    7.    The Clerk of Court is DIRECTED to correct the case caption to reflect the named Plaintiffs are the Building Trades United Pension Trust Fund.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.