IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUILDING TRADES UNITED PENSION <br> TRUST FUND <br> v. <br> KENEXA CORPORATION, et al. | : <br> : <br> : <br> : <br> : | CIVIL ACTION <br> <br> No.: 09-2642 |

## **ORDER**

AND NOW, this 27th day of September, 2010, it is ORDERED Plaintiffs' Motion to Strike (Document 33) is GRANTED.

It is further ORDERED Defendants' Motion to Dismiss (Document 31) is GRANTED. The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.